## NAVIENT

P.O. BOX 9500
WILKES-BARRE PA 18773-9500

**Navient.com**
*Convenience with a click*

- Enroll in Auto Debit
- View Loan Information
- View Payment History
- View Frequently Asked Questions
- Make a One-Time Payment

Please see the enclosed for important information about account terms relating to payments, credit reporting, and how to contact us.

Say hello to



## NAVIENT℠

Although our name is new, our business is not. For more than 40 years we learned, evolved, and led in loan management, servicing, and asset recovery.

Have you checked us out yet?

Visit us at Navient.com! Log in using the same user ID and password you've always used. If you don't already have an online account, create one today— it has everything you need to view, manage, and repay your loans.

Be sure to bookmark Navient.com for future use.



Bookmark us today!
Scan to access your account at Navient.com.

CC-14-10395

### Account Summary

| | |
|---|---|
| Account Number | |
| Billing Group | 1 |
| Statement Date | 09/11/14 |
| Billing Period 09/10/14 to 09/11/14 | |
| Current Principal Balance | $36,667.60 |
| Payments Since Last Bill | $600.00 |
| Past Due Amount (Pay Now) | $197.00 |
| Pay Past Due Amount by 09/23/14 to avoid late fee of | $11.22 |
| Current Amount Due | $383.50 |
| Current Amount Due Date | 10/08/14 |
| Pay Current Amount Due (+ any Past Due Amount) by 10/23/14 to avoid additional late fee of | $23.60 |
| Previously Assessed Fees Due | $0.00 |
| Total Payment Due (Past Due + Current + Previously Assessed Fees) | $580.50 |

See enclosed for loan details

---

Detach along perforation and return with your payment or go to Navient.com to make an electronic payment

Account Number
**Total Payment Due**     $580.50
See above for dates and late fees that apply

**Total Amount Enclosed** $ _____
Make checks payable to Navient
(U.S. Currency only–Do not send cash)

NAVIENT
PO BOX 9533
WILKES-BARRE PA 18773-9533

Changed your address or phone number?
Please visit Navient.com to update your information.



PN9R  F.20003  1000     BBLS1

Case 2:15-bk-08739-MCW    Doc 40    Filed 08/28/18    Entered 08/28/18 11:16:48    Desc
Main Document    Page 1 of 1

Address Proof