FORM eunclmfd

SO ORDERED.

Dated: September 24, 2018




**Madeleine C. Wanslee, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

RICKI LUPE FERNANDEZ
aka RICK FERNANDEZ
aka RICKY FERNANDEZ
4011 W OREGON AVE
PHOENIX, AZ 85019
**SSAN:** xxx–xx–1276
**EIN:**

TANYA MARIE FERNANDEZ
4011 W OREGON AVE
PHOENIX, AZ 85019
**SSAN:** xxx–xx–1285
**EIN:**

Case No.: 2:15–bk–08739–MCW

Chapter: 7

Debtor(s)

### ORDER APPROVING APPLICATION FOR UNCLAIMED FUNDS

For good cause,
IT IS HEREBY ORDERED that the application for unclaimed funds is APPROVED. The clerk may disburse funds in the amount of $547.21 to the applicant named below.

**Name of Claimant:**
NAVIENT SOLUTIONS, INC.

**Applicant's Name and Address:**
NAVIENT SOLUTIONS, INC.
C/O DILKS & KNOPIK, LLC
35308 SE CENTER STREET
SNOQUALMIE, WA 98065
(check will be sent to this address)

The court's financial records indicate that funds in the amount listed above are being held for the claimant named above.

Date: 9/24/18            Deputy Clerk: J. PIERSON